UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIDEWIRE SOFTWARE, INC. ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DENNIS CHOOKASZIAN, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No. 12-CV-03224-LHK <br><br> ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

On October 5, 2012, the parties submitted a stipulation requesting that the Court continue the case management conference scheduled for November 1, 2012 as well as the ADR deadlines in this case until after the Court resolves Plaintiff Guidewire's pending Motion to Stay Arbitration and Defendant Chookaszian's Motion to Compel Arbitration. The parties' request for an order continuing the case management conference and ADR deadlines is DENIED.

**IT IS SO ORDERED.**

Dated: October 11, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-03224-LHK
ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES