1    SUSANNE N. GERAGHTY (State Bar No. 218098)
     sgeraghty@goodwinprocter.com
2    ROBERT B. BADER (State Bar No. 233165)
     rbader@goodwinprocter.com
3    Goodwin Procter LLP
     Three Embarcadero Center, 24th Floor
4    San Francisco, California  94111
     Tel.:  415.733.6000
5    Fax: 415.677.9041
6

7    Attorneys for Plaintiff
     GUIDEWIRE SOFTWARE, INC.
8

9                        UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11
     GUIDEWIRE SOFTWARE, INC.              CASE NO. 5:12-CV-03224-LHK
12
                    Plaintiff,             [PROPOSED] ORDER GRANTING
13                                         STIPULATION OF DISMISSAL
            v.                             WITHOUT PREJUDICE
14
     DENNIS CHOOKASZIAN,                   Judge:       Hon. Lucy H. Koh
15
                    Defendant.             Complaint Filed:    May 24, 2011
16                                         Removal Date:       June 21, 2012
17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 41(a), and upon consideration of the Stipulation of Dismissal without Prejudice filed by Plaintiff Guidewire Software, Inc. and Defendant Dennis Chookaszian ("Chookaszian"), all claims against Chookaszian in this action are hereby dismissed without prejudice and without costs or attorney's fees as to any party.

**IT IS SO ORDERED.**

Dated: November 21, 2012

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE