SUSANNE N. GERAGHTY (State Bar No. 218098)
sgeraghty@goodwinprocter.com
ROBERT B. BADER (State Bar No. 233165)
rbader@goodwinprocter.com
Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Plaintiff
GUIDEWIRE SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GUIDEWIRE SOFTWARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>DENNIS CHOOKASZIAN,<br><br>Defendant. | **CASE NO. 5:12-CV-03224-LHK**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Lucy H. Koh<br><br>Complaint Filed: May 24, 2011<br>Removal Date: June 21, 2012 |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a), and upon consideration of the |
| 2 | Stipulation of Dismissal without Prejudice filed by Plaintiff Guidewire Software, Inc. |
| 3 | and Defendant Dennis Chookaszian ("Chookaszian"), all claims against Chookaszian in this |
| 4 | action are hereby dismissed without prejudice and without costs or attorney's fees as to any |
| 5 | party. |
| 6 | **IT IS SO ORDERED.** |
| 7 | Dated: November 21, 2012 |

*Lucy H. Koh*

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE